IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CURTIS WINCHESTER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:17-CV-01985-N |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | § § § § | |
| *Defendant*. | § § | |

**AGREED ORDER FOR DISMISSAL WITH PREJUDICE**

Came on for consideration the Agreed Motion for Dismissal with Prejudice in this cause. It is appearing to the Court that all matters in controversy between the parties have been resolved and that such Motion is well taken, the Motion is hereby GRANTED.

IT IS ORDERED that this cause be and hereby is dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all costs of court are taxed against the parties incurring the same.

SIGNED this 27th day of July, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**Stipulated and agreed to by:**

By:     */s/ Mark J. Jung*
       Roger D. Higgins
       State Bar No. 09601500
       Mark J. Jung
       State Bar No. 24012934

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8200
Fax: (214) 871-8209
E-Mail: rhiggins@thompsoncoe.com
E-Mail: mjung@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

And

By:     */s/ Sean Patterson*
       James M. McClenny
       james@mma-pllc.com
       State Bar No. 24091857
       J. Zachary Moseley
       zach@mma-pllc.com
       State Bar No. 24092863
       Sean Patterson
       sean@mma-pllc.com
       State Bar No. 24073546

MCCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E. Suite 200
Houston, TX 77060
Telephone: (713) 664-6121
Fax: (713) 322-5953

**ATTORNEY FOR PLAINTIFF**

2